1006

THE STATE OF WASHINGTON, *Respondent*, v. RAMON HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01679-0, James A. Noe, J. Pro Tem., entered December 13, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. STEPHAN ROME BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06442-7, Michael Hayden, J., entered December 17, 1999. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. WALTER LANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, 99-1-05019-0, Norma Smith Huggins, J., entered December 9, 1999. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT L. FIELDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07654-6, Norma Smith Huggins, J., entered January 18, 2000. *Affirmed* by unpublished per curiam opinion.